AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Angel Rivera-Arroyo | ) Case No. 3:17-cr-00091 (JAG) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

RECEIVED 3:39 pm, Aug 21 2023 U.S. MARSHALS Puerto Rico

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jose Angel Rivera-Arroyo,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Supervised Release Violations as alleged by the U.S. Probation Officer at motion filed at docket no. 67.

Date: 8/21/2023

s/ Jay A. Garcia-Gregory
*Issuing officer's signature*

City and state: San Juan, Puerto Rico

Jay A. Garcia-Gregory, Senior U.S. District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

    v.                                                                     CR. NO. 17-00091-001 (JAG)

**JOSE ANGEL RIVERA-ARROYO**
    aka "Pocho"

## MOTION NOTIFYING VIOLATIONS OF SUPERVISED RELEASE TERM AND REQUESTING AN ARREST WARRANT

**COMES NOW JAVIER E. RODRIGUEZ, U.S. PROBATION OFFICER ASISSTANT of this Honorable Court,** and informs that on January 25, 2018, Mr. Jose Rivera-Arroyo, was sentenced to forty-one (41) months of imprisonment, followed by three (3) years of supervised release for a violation of Title 18, U.S.C. §§922 (g)(1), & 924 (a)(2): Prohibited Person in Possession of a Firearm – Convicted Felon, a class "C" felony. On October 3, 2022, Mr. Rivera-Arroyo was released from the Department of Corrections' custody. On October 31, 2022, Mr. Rivera-Arroyo began serving his supervised release term in the Southern District of Florida. Since his release date Mr. Rivera-Arroyo has violated the following conditions:

**Mandatory Condition #1: "You must not commit another federal, state or local crime".**

**Standard Condition #1: "You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame".**

**Standard Condition #5: "You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change".**

1

**Special Condition #1:** "The defendant shall not commit another Federal, state, or local crime, and shall observe the standard conditions of supervised release recommended by the United States Sentencing Commission and adopted by this Court".

On July 20, 2023, the Probation Officer received several law enforcement notifications from ATLAS, which listed Miami Dade Police Department as the inquiring agency. The probation officer attempted to establish contact with Mr. Rivera-Arroyo via cellular phone but was unsuccessful. Several hours later, Mr. Rivera-Arroyo contacted his supervising officer. The probation officer inquired if he had any contact with law enforcement to which he denied.

On July 28, 2023, the probation officer was notified that the Miami Dade Police Records Department conducted a record check on Mr. Rivera-Arroyo. The probation officer attempted to inquire about the nature of the record check.

On July 31, 2023, a telephone call was received from a female who identified herself as Raquel Cartagena. Ms. Cartagena disclosed she was in a relationship with Mr. Rivera-Arroyo from October 2022 until July 18, 2023, and wanted to speak to his supervising officer. Ms. Cartagena provided Detective Menoud's contact information, who was the lead detective assigned to Miami Dade Police Case. No.: 230720241342.

During this date, efforts to contact Detective Menoud were made to no avail. Additionally, the probation officer attempted to contact Mr. Rivera-Arroyo; however, efforts to speak to him were unsuccessful. Furthermore, the probation officer attempted a home visit. Nonetheless, no one answered the door. Additional efforts to contact Mr. Rivera-Arroyo on his cellular phone were made to no avail.

On August 1, 2023, Ms. Cartagena reported to the U.S. Probation Office, Southern District of Florida. She stated that she was aware Mr. Rivera-Arroyo was being dishonest with his supervising officer. She further disclosed that Mr. Rivera-Arroyo was living at her residence since October 2022, which was not approved by the probation officer.

Ms. Cartagena disclosed she officially ended the relationship with Mr. Rivera-Arroyo on July 18, 2023. Furtherly, she specifically told Mr. Rivera-Arroyo she did not want him to return to her home and if he did, he would not be allowed back into her home. She voiced that Mr. Rivera-Arroyo threatened her and gave her an ultimatum; to choose between her children, herself, or her pet bird. Ms. Cartagena advised she chose the bird and eventually found it dead on her bed.

2

Ms. Cartagena further disclosed that Mr. Rivera-Arroyo returned to her residence on July 20, 2023. She voiced that Mr. Rivera-Arroyo entered through her balcony's sliding glass door with a knife and threatened her. Ms. Cartagena stated that Mr. Rivera-Arroyo raped her and eventually, against her will, guided her outside of the apartment calmly, not to alert the neighbors. Reportedly, Mr. Rivera-Arroyo punched her with a closed fist and left her unconscious on the sidewalk until some unknown individuals found her. She voiced being taken to the police department and hospital.

Also on August 1, 2023, the probation officer received a call from Detective Menoud who disclosed that Mr. Rivera-Arroyo has not yet been arrested since they have not been able to locate him. The Probable Cause flyer lists the charge of Burglary with a Battery/Assault. Nevertheless, Detective Menoud advised that Mr. Rivera-Arroyo will also be charged with False Imprisonment and Aggravated Battery.

On August 4, 2023, Ms. Cartagena was given a Temporary Injunction in Miami Dade Case No. 2023-014939-FC-04 against Mr. Rivera-Arroyo until her next hearing which is scheduled for August 21, 2023.

On the same date, the probation officer attempted to conduct a home visit; however, no one answered the door. Efforts to contact Mr. Rivera-Arroyo on his cellular phone were unsuccessful. The probation officer left a business card on the door with instructions to report by August 7th, 2023.

On August 7, 2023, the probation officer contacted Officer Sigfield Valbrun of the Florida's Department of Corrections Probation, who was supervising Mr. Rivera-Arroyo on state parole. Officer Valbrun informed that Mr. Rivera-Arroyo has not reported as required and a request for a warrant was submitted and a response was pending.

On August 8, 2023, the probation officer established contact with Mr. Rivera-Arroyo's mother, Carmen Arroyo. She disclosed Mr. Rivera-Arroyo has not been in her home since July 19, 2023. She voiced he left all his belongings at the residence, including his wallet, phone and employment identification. She received the supervising officer's business card and agreed to provide it to Mr. Rivera-Arroyo if he contacts her. She added that his whereabouts are unknown. Lastly, the probation officer made several attempts to contact Mr. Rivera-Arroyo's employer at Lasership; however, efforts were unsuccessful.

3

4

**WHEREFORE,** based on the afore-mentioned violations, it is respectfully requested that an arrest warrant for Mr. Jose Angel Rivera-Arroyo be issued so that he may be brought before this Honorable Court to show cause why his supervision term should not be revoked.

In San Juan, Puerto Rico, August 21, 2023.

RESPECTFULLY SUBMITTED,

LUIS O. ENCARNACION
Chief U.S. Probation Officer


Javier E. Rodríguez
U.S. Probation Officer Assistant
United States Probation Office
Federal Office Building
150 Chardón Avenue, Rm. 225
San Juan, P.R. 00918
Telephone: (787) 506-3551
Fax: (787) 281-4940
E-mail: javier_rodriguez@prp.uscourts.gov

4

CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this motion with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the parties.

In San Juan, Puerto Rico, August 21, 2023.

        Javier E. Rodríguez
        U.S. Probation Officer Assistant
        United States Probation Office
        Federal Office Building
        150 Chardón Avenue, Rm. 225
        San Juan, P.R. 00918
        Telephone: (787) 506-3551
        Fax: (787) 281-4940
        E-mail: javier_rodriguez@prp.uscourts.gov

5